IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Melissa Vaughn, | : | Case No. 1:21-cv-291 |
| Plaintiff, | : : : | Judge Susan J. Dlott |
| v. | : : | Magistrate Judge Stephanie K. Bowman |
| EquityExperts.org Midwest LLC, Michael Novak, Gar Liebler, and Jamestowne Village Condominium Owner's Association, Inc., | : : : : : | **Order Adopting Report and Recommendation** |
| Defendants. | : | |

The Court has reviewed the Report and Recommendation ("R&R") of United States Magistrate Judge Stephanie K. Bowman filed on August 22, 2022.  (Doc. 17.)  The Magistrate Judge recommended the Defendants' Motion to Dismiss (Doc. 13.) be granted with respect to Plaintiff's Fair Debt Collection Practices Act claims against Defendants Novak and Liebler and Plaintiff's breach of contract claim against Defendant Jamestowne Village Condo Owner's Association and that Defendants' Motion to Dismiss be denied with respect to Plaintiff's Fair Debt Collection Practices Act claims against Defendant Equity Experts.

No objections to the Report and Recommendation have been filed and the time to do so has expired.  Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation.  Plaintiff's Fair Debt Collection Practices Act claims against Defendants Novak and Liebler and Plaintiff's breach of fiduciary duty claim[1] against

---

[1] The Defendants and the Magistrate Judge have referred to Count II in Plaintiff's Amended Complaint as both a breach of fiduciary duty claim and a breach of contract claim.  The claim was pleaded as, and was analyzed in the R&R as, a breach of fiduciary duty claim.  The Court therefore understands the recommendation that the breach of

Jamestowne Village Condo Owner's Association are **DISMISSED**. Defendant's Motion to Dismiss the Fair Debt Collection Practices Act claim against Equity Experts is **DENIED**.

    **IT IS SO ORDERED**.

                                                      S/Susan J. Dlott
                                                      Judge Susan J. Dlott
                                                      United States District Court

---

contract claim be dismissed (Doc. 17 PageID 208) to be a typographical error, and reads the recommendation as dismissal of the breach of fiduciary duty claim.