IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Melissa Vaughn, | : |
| Plaintiff, | : |
| | : Case Number: 1:21cv291 |
| vs. | : |
| | : Judge Susan J. Dlott |
| EquityExperts.org, Midwest, LLC, et al., | : |
| Respondent. | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . , that Plaintiff's Motion for Summary Judgment (doc. 41) is DENIED.  Defendant's Motion for Summary Judge (docs. 42-43) is GRANTED.

December 19, 2023                                           RICH NAGEL, CLERK

                                                             S/William Miller
                                                            Deputy Clerk